397 A.2d 1246

Commonwealth v. Brooks, Appellant.
Petition for Allowance of Appeal Denied March 1, 1979.

Submitted March 20, 1978. John W. Packel, Assistant Pub-

lic Defender, Chief Appeals Division, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.